# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 14-2816

**Caption [use short title]**

**Motion for:** Enlargement of Brief

John McDonnell

v.

Schindler Elevator Corp., et al.

**Set forth below precise, complete statement of relief sought:**

Plaintiff/Appellant McDonnell requests an enlargement of his Brief limitation to 19,000 words, or in the alternative, any enlargement the Court deems just and proper.

**MOVING PARTY:** John McDonnell
☑ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**OPPOSING PARTY:** Schindler Elevator Corp.

**MOVING ATTORNEY:** David Zatuchni - david@zatuchniassociates.com

**OPPOSING ATTORNEY:** Michael DiMattia - mdimattia@mcguirewoods.com

[name of attorney, with firm, address, phone number and e-mail]

Zatuchni & Associates, LLC
295 Madison Avenue, 12th Fl.
New York, NY 10017    212 688-5359

McGuire Wood, LLP
1345 Avenue of the Americas, 7th Fl.
New York, NY 10105    212 548-2100

**Court-Judge/Agency appealed from:** Southern District Court of New York - Hon. Valerie Caproni, USDJ

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed  ☑ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☑ Yes  ☐ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this Court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date: _____

**Signature of Moving Attorney:** [signature]   **Date:** 10/30/14   **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)